PER CURIAM.
Affirmed. Collins v. Dolphin Cruise Line, Inc., 625 So.2d 1308 (Fla. 3d DCA 1993); Ali v. SeaEscape, Ltd., 561 So.2d 1196 (Fla. 3d DCA 1990); Anderson v. SeaEscape, Ltd., 541 So.2d 1339 (Fla. 2d DCA 1989); Hallman v. Carnival Cruise Lines, Inc., 459 So.2d 378 (Fla. 3d DCA 1984); see Marek v. Marpan Two, Inc., 817 F.2d 242 (3d Cir.1987), cert. denied, 484 U.S. 852, 108 S.Ct. 155, 98 L.Ed.2d 110 (1987).